IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMANDA WORTMAN, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | CIVIL NO. 06-cv-774-JPG |
| vs. ) | |
| ) | CRIMINAL NO. 05-cr-40024 |
| UNITED STATES of AMERICA , ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. On February 1, 2006, Petitioner was found guilty by a jury of one count of destruction of evidence in a federal investigation, in violation of 18 U.S.C. §§ 2 and 1519. On June 8, 2006, Petitioner was sentenced to twelve months and one day imprisonment, two years supervised release, a fine of $200, and a special assessment of $100. On October 10, 2006, Petitioner filed the instant motion under § 2255.

In her motion the Petitioner raises one ground for relief, namely, that she received ineffective assistance of counsel when trial counsel refused to file an appeal, despite Petitioner's specific requests that he do so.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

IT IS SO ORDERED.

Dated:  October 18, 2006

                                              s/ J. Phil Gilbert
                                              U. S. District Judge