UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMANDA WORTMAN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil Case No. 06-cv-774-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Amanda Wortman's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is granted, that judgment is entered in favor of petitioner Amenda Wortman and against respondent United States of America, and that Wortman is allowed the right to an appellate proceeding, as if on direct appeal, with the assistance of counsel.

**DATED:  November 30, 2006**

                                              **NORBERT JAWORSKI**

                                              **By:s/Deborah  Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**